The People of the State of New York, Plaintiff, v. John Todak, Defendant. — Motion for leave to appeal to the Appellate Division as a poor person, on typewritten record, denied, with leave to renew upon typewritten record presenting with motion the stenographer's minutes, and brief showing the points to be raised on the appeal. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of George Ruggles, Respondent, against Ellen & Jefferys and Another, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Attention is called to the fact that the moving papers fail to comply with rule 16 of the rules of this court in that no statement of the decision of this court on the appeal is annexed to such papers. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Ethel Stekolsky, Respondent, against Metropolitan Life Insurance Company and Another, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of U. G. Cunningham, Respondent, against Good Manufacturing Company and Another, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Cyril Van Ooteghem, Respondent, against Sisters of the Good Shepherd and Another, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of John C. Lee, Respondent, against Oswego Falls Corporation and Another, Appellants. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Cora L. Dilliard and Another, Respondents, against Branch Storage Co., Inc., and Another, Appellants. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. The omission of the word "father," from the statement accompanying the decision, was an oversight. [See 249 App. Div. 899.] Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Santiago Lazcano, Respondent, against Charles E. McCrodden, Inc., and Another, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Anita La Mere, Respondent, against Fred A. Freeman, Respondent, and Travelers Insurance Company, Appellant. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Joseph M. Walkowiak, Respondent, against The Pullman Company, Appellant. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.